Clerk's Office
Filed Date: 8/4/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**Exhibit A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x
MARTA HANYZKIEWICZ, on behalf of herself :
and all other persons similarly situated,
                                    :
            Plaintiff,
                                    :  1:22-cv-00292-MKB-RER
      v.
                                    :
MAXI AIDS, INC.,
                                    :
            Defendant.
-----------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its or her own legal fees and costs.

Dated: May 23, 2022

STEIN SAKS, PLLC

By: _s/Mark Rozenberg_
Mark Rozenberg
One University Plaza, Suite 620
Hackensack, New Jersey 07601
(201) 282-6500

*Attorneys for Plaintiff*

PADUANO & WEINTRAUB, LLP

By: _Alicia Valenti/MCS_
Alicia Valenti
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
(212) 785-9100

*Attorneys for Defendant*

SO ORDERED:
s/ MKB 8/4/2022

_____
MARGO K. BRODIE
United States District Judge

9